UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-08999-FMO (SK) Date: October 28, 2026

Title Luque-Garay v. Warden et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On September 11, 2026, Petitioner was served with Respondent's Motion to Dismiss the Petition. (ECF 9; ECF 10). Petitioner thus had 14 days to file his Opposition pursuant to the Order Requiring Response to Petition for Writ of Habeas Corpus. (ECF 4). To date, however, Petitioner has filed no timely opposition to Respondents' motion. Nor has the Court received any timely request for more time to oppose. Petitioner is thus ordered to show cause why the motion to dismiss the petition should not be granted as unopposed. *See* L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion[.]")

Petitioner can discharge this show-cause order by filing his Opposition to the Motion to Dismiss by no later than **November 18, 2026**. If Petitioner no longer wishes to pursue this action, he may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal," which is attached to this order (CV-09y), by **November 18, 2026**. Otherwise, if the Court receives no timely opposition or notice of voluntary dismissal by the show-cause deadline, Petitioner may be deemed to have consented to the granting of the motion or else this action may be involuntarily dismissed for lack of prosecution and noncompliance with court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

Finally, Petitioner is reminded of his responsibility to keep the Court apprised of his most current address. *See* L.R. 41-6. If mail directed by the Clerk to Petitioner's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:26-cv-08999-FMO (SK) | Date: October 28, 2026 |
| Title | Luque-Garay v. Warden et al | |

address of record is returned undelivered by the U.S. Postal Service, and if, within 14 days of the service date, Petitioner fails to notify, in writing, the Court and Respondent of his current address, the Court may dismiss the action for lack of prosecution.

IT IS SO ORDERED.